UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOANH A. LAM,<br><br>        Petitioner,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | Case No. 5:25-cv-03344-CV (RAO)<br><br>**ORDER ISSUING PRELIMINARY INJUNCTION PURSUANT TO ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [10]** |

On December 18, 2025, the Court issued a Temporary Restraining Order ("TRO"), which (1) enjoined Respondents from continuing to detain Petitioner unless he was provided with an informal interview to afford him an opportunity to respond to the reasons for revocation stated in the Notice of Revocation of Release dated August 24, 2025, and (2) enjoined Respondents from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner. Doc. # 10 at 9. The TRO also ordered Respondents to show cause why a preliminary injunction should not issue by December 26, 2025, and noted that Respondents' failure to do so would "be deemed as consent to the granting of a Preliminary Injunction." *Id.* at 10.

1    Respondents did not file a response to the order to show cause by the December 26,
2    2025 deadline. Accordingly, the Court issues a Preliminary Injunction and ORDERS as
3    follows:
4    1.    Respondents are enjoined from continuing to detain Petitioner unless he was
5    provided with an informal interview to afford him an opportunity to respond to the reasons
6    for revocation stated in the Notice of Revocation of Release dated August 24, 2025,
7    pursuant to 8 C.F.R. sections 241.13(i)(3) and 241.4(l)(1) within seven calendar days of
8    the filing date of the TRO.
9    2.    To preserve the Court's jurisdiction, respondents are enjoined from
10   transferring, relocating, or removing Petitioner outside of the Central District of California
11   pending final resolution of this case or further order of the Court, unless executing a final
12   order of removal issued against Petitioner.
13   **IT IS SO ORDERED**.

15   Dated: 12/31/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE